# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 24-865M(NJ) |
| Timing Advance "True Call" area search for all records and | ) | |
| unique device/user identifiers pertaining to Timing Advance | ) | |
| location information during the dates, times, and geographical | ) | |
| boundaries listed in Attachment A | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 6/28/2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     xx☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Nancy Joseph_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/14/2024 4:05 p.m._____     _Nancy Joseph_
*Judge's signature*

City and state:     _____Milwaukee, WI_____     Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# **ATTACHMENT A**

## **Property to Be Searched**

This warrant applies to a Timing Advance "True Call" area search for all records and unique device/user identifiers pertaining to Timing Advance location information during the following listed dates, times and geographical boundaries (*distance from the GPS points*):

### **Location #1**

GPS Coordinates: 43.02323, -87.93779      Radius: 0.35 Miles

Date: April 25, 2024      Time: 7:00 PM – 8:00 PM (CST)

### **Location #2**

GPS Coordinates: 43.00311, -87.94571      Radius: 0.35 Miles

Date: May 10, 2024      Time: 10:50 PM – 11:50 PM (CST)

### **Location #3**

GPS Coordinates: 43.09851, -87.96914      Radius: 0.35 Miles

Date: May 10, 2024 – May 11, 2024      Time: 11:15 PM – 12:15 AM (CST)

### **Location #4**

GPS Coordinates: 43.01401, -87.92786      Radius: 0.35 Miles

Date: May 11, 2024      Time: 10:38 PM – 11:38 PM (CST)

### **Location #5**

GPS Coordinates: 4300282, -87.92814      Radius: 0.35 Miles

Date: May 11, 2024 – May 12, 2024      Time: 11:20 PM – 12:20 AM (CST)

**Location #6**

       GPS Coordinates: 43.00660, -87.92575      Radius:  0.35 Miles

       Date: May 11, 2024 – May 12, 2024      Time: 11:50 PM – 12:50 AM (CST)


**Location #7**

       GPS Coordinates: 43.00162, -87.92902      Radius:  0.35 Miles

       Date: May 12, 2024      Time: 12:08 AM – 1:08 AM (CST)


**Location #8**

       GPS Coordinates: 43.05583, -87.88782      Radius:  0.35 Miles

       Date: May 12, 2024      Time: 5:45 PM – 6:45 PM (CST)


**Location #9**

       GPS Coordinates: 43.09030, -87.94453      Radius:  0.35 Miles

       Date: May 12, 2024      Time: 9:36 AM – 10:36 AM (CST)


**Location #10**

       GPS Coordinates: 43.13232, -87.01217      Radius:  0.35 Miles

       Date: May 14, 2024      Time: 10:00 AM – 11:00 AM (CST)


**Location #11**

       GPS Coordinates: 43.09032, -87.96755      Radius:  0.35 Miles

       Date: May 21, 2024      Time: 12:40 PM – 1:40 PM (CST)

**ATTACHMENT B**

**Items and Information to be seized and searched**

All information that constitutes evidence of violations of 18 U.S.C. §§ 1951(a) and 924(c) committed on\between April 25, 2024, and May 21, 2024, involving multiple unknown individuals, including location information and identifying information as specified below.

1. T-Mobile/US Cellular/AT&T/Verizon shall provide responsive data for each search area described in Attachment A, and are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made and all cellular device interactions with the network that have generated location information that falls within the defined search area during the corresponding timeframe(s) listed in Attachment A, including records that identify:

   a. The unique identifiers for each wireless device that generated a Timing Advance "true call" record within the search area for each location, including International Mobile Subscriber Identifiers ("IMSI", International Mobile Equipment ("IMEI"), and the make and model of the device;

   b. The starting and ending date/time of the connection along with the duration;

   c. For each communication with the network, the tower and the sector(s) (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device for both starting and ending points of the communication;

   d. The service type for the communication; and

   e. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of the communication contained within the Timing Advance "True Call" records.

2. These records should include records about communications and cellular device interactions with the network that were initiated before or terminated after the

timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

3. It is anticipated that identifying information will be requested for devices whose characteristics meet any of the following criteria:

   a. Devices whose cellular network records; including distance from the tower and/or network derived latitude and longitude; are consistent with the facts of the investigation and would not solely reflect a device passing through.

4. However, it is noted that no subscriber information outside the initial search criteria is authorized by this warrant and additional legal process will be submitted.

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. |
| Timing Advance "True Call" area search for all records and unique device/user identifiers pertaining to Timing Advance location information during the dates, times, and geographical boundaries listed in Attachment A | ) ) ) ) | 24-865M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the     Eastern     District of     Wisconsin    , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Brandishing of a Firearm during a Crime of Violence |

The application is based on these facts:

Please see Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Heather Wright, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone _____ *(specify reliable electronic means)*.

Date: 6/14/2024

*Judge's signature*

City and state: Milwaukee, WI     Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Heather Wright, being first duly sworn on oath, on information, and belief state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for records and information associated with certain cellular towers ("cell towers") and records generated by the cellular networks that are in the possession, custody, and/or control of T-Mobile, a cellular service provider headquartered at 4 Sylvan way, Parsippany, New Jersey 07054; US Cellular, a cellular service provider headquartered at 8410 W. Bryn Mawr Ave, Chicago, IL; AT&T, a cellular service provider headquartered at 11760 U.S. Highway 1, Suite 300, North Palm Beach, FL 33408; and Verizon, a cellular service provider headquartered at 180 Washington Valley Road, Bedminster, NJ 07921. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under Title 18 U.S.C. §2703(c)(1)(A) to require T-Mobile/US cellular/AT&T/Verizon to disclose to the government copies of the information further described in Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July of 2010. Since August of 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, as defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs

1

of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.      This affidavit is based on my training, experience, personal knowledge, and observations in this investigation; upon my discussions with other law enforcement officers and agents involved in this investigation; and, upon my review of official reports submitted in relation to this investigation.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence, have been committed by known actors, DAMIER D. JACKSON, B/M, dob: 12/7/2005, ERIC V. FORD, B/M, dob: 12/13/2005, and DAVION L. WILLIAMS, B/M, dob: 1/3/2006 and multiple other unknown individuals.  There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

**PROBABLE CAUSE**

6.      On April 25, 2024, at approximately 7:30 p.m., two men jumped through the service window of the Taqueria La Herradura food truck owned and operated by victims, X.M., and her husband M.A., and grabbed the cashbox. Milwaukee Police Department (MPD) squads responded to the location of 2507 W. Lincoln Avenue (**Location #1**) in Milwaukee and spoke with X.M.. X.M. stated that at approximately 7:30 p.m., while she was taking out the trash, she observed two

2

black males jump through the service window of the truck. These two subjects then grabbed and removed the cashbox from the food truck. As they were attempting to flee, she observed the two subjects drop the cash box on the sidewalk and proceed to pick up all the miscellaneous dollar bills that fell onto the sidewalk. The two subjects then ran away with the cashbox and jumped into the back seat of their getaway vehicle, which was an older mode, maroon, Chevy Equinox, bearing a red dealer plate that said AUTOPLEX. The vehicle was parked approximately 30 feet in front of the food truck. X.M. described Subject 1 (Unknown Actor 1) as a younger black male suspect with curly hair, approximately 19 to 20 years old, wearing a light green polo shirt, and light blue jeans. X.M. described Subject 2 (Unknown Actor 2) as a younger black, male, approximately 19 to 20 years old, wearing a black face mask, a red hooded sweater, blue skinny jeans, with a black handgun in his waistband.. X.M. stated that the subjects obtained approximately $1500 USD. Officer then spoke to M.A.. M.A. stated that he was working as the cashier during this incident. M.A. stated that the two subjects approached the food truck and stood in line behind other patrons When they were next in line and approached the window, Subject 1 asked if he could purchase a soda for $1.00 instead of $1.50. M.A. agreed and turned around to grab the soda. Subject 1 then jumped through the service window and grabbed the cash box. M.A tried to grab the cash box from Subject 1 but was unsuccessful. The subjects ran away and entered the back seat of an older model, maroon, Chevy Equinox, bearing a red dealer plate that said AUTOPLEX on it. The vehicle was parked approximately 30 feet from the food truck and was last seen headed west on W. Forest Home Avenue.

    7.    Video surveillance from a nearby business was recovered of the incident which captured the suspect vehicle and suspects, arriving and departing from the area. Officers reviewed the video and observed that on April 25, 2024, at timestamp 19:32:30, the suspect vehicle appears

3

in the frame driving eastbound on W. Lincoln Avenue, stopping at the approximate address of 2437 W. Lincoln Avenue, facing eastbound. At the timestamp of 19:34:17, two male subjects are seen running eastbound, away from the taco truck, and at 19:34:24, the subjects enter the vehicle on the rear passenger side. The vehicle then departs and exits the camera view at 19:34:29.

8.     On May 10, 2024, at 11:20 PM, a black male, approximately 5'0", wearing a black face mask, a black hooded sweatshirt and jeans, and a black male, approximately 5'11", wearing a black mask with only the eyes exposed, a black hooded sweatshirt and jeans, approached the Tacos Guelaguetza taco truck, located at 1620 S. 13th Street in Milwaukee (**Location #2**). Victim, C.G., was working the cash register, and victim, D.J., was working as the chef. Both D.J. and C.G. stated that these two unknown black males continued to distract them by asking for things such as a multiple taco order, one soda, and change for money. D.J. stated that he believed that they were doing this in order to locate where the cash drawer was. D.J. stated that while they were distracted, the taller male subject then jumped on the window and took the drawer full of money and fled. D.J. estimated that the subject stole approximately $750 USD. C.G. and D.J. reported the incident to police. MPD was able to recover surveillance video of the incident which corroborated the victim's statement.

9.     The video depicted two black males approach the Tacos Gualaguetza taco truck. Suspect 1 (believed to be DAMIER D. JACKSON) was a shorter black, male wearing a black hooded sweatshirt with the hood up and the word "Respect" written on in large cursive lettering on the front. The suspect was also wearing a black balaclava style face mask, skinny blue jeans with rips down the thighs and what appeared to be a black and gray Yeezy 350 V2 style shoes. Suspect 2 (Unknown Actor 3) was a taller, black, male, wearing a black balaclava face mask, a black hooded sweatshirt with what appeared to be the word "Senior" in big block lettering across

the front, a cross body bag/satchel, dark colored skinny jeans and white shoes. It was corroborated through the video that Suspect 2 was the individual that jumped through the window of the food truck and emerged with the cash drawer of cash.

10.     On May 10, 2024, at approximately 11:48 p.m., MPD officers responded to the area of 4457 N. 45th Street for a ShotSpotter detection. The ShotSpotter system is an acoustic gunshot location system that detects outdoor audible gunfire using an array of GPS enabled audio sensors to geo-locate detected gunfire using triangulation. Upon arrival, officers were met by the victim, hereinafter, J.C. who stated that at approximately 11:45 p.m., his silver GMC Acadia with WI registration APL-2161 was parked in front of his residence at 4450 N. 45th Street (**Location #3**). J.C. stated that he also observed a black vehicle park next to his and heard voices inside this vehicle. J.C. stated that he ran to the back of his vehicle and saw a subject on the driver's side standing next to his vehicle holding a gun. J.C. stated that as soon as he observed the gun, he jumped behind his vehicle and immediately heard four gunshots. J.C. stated that he observed the black car then drive north on N. 45th Street and the subject who shot at him, running north on N. 45th Street. J.C. stated that once he was by the front door of his residence, he heard another 3-4 gunshots. J.C. stated that his vehicle was struck four times on the driver's side and once on the front passenger window. J.C. stated that two watches and two pairs of glasses were also stolen from his vehicle.

11.     Surveillance video was recovered from the neighboring residence that captured the incident and appeared to be an hour off with the timestamp of 12:45 a.m. when the actual time was 11:45 p.m. At the 12:43 a.m. to 12:45 a.m. timestamp, a dark colored Honda Civic vehicle was parked facing northbound in front of the address 4455 N. 45th Street and an unknown subject was rummaging through the back seat and trunk of a white motor vehicle, transferring items from the

white vehicle to the Honda. At 12:45 a.m., the Honda Civic motor vehicle and the unknown subject travel northbound and stop in front of P.C.'s residence. The unknown subject is observed entering P.C.'s vehicle. P.C. is observed coming out the front door of his residence and witness the unknown subject removing items from his vehicle. At 12:46 a.m., P.C. is observed approaching the unknown subject from the back of his vehicle. P.C. is observed running behind his vehicle and the subject fired four gunshots at P.C. then runs northbound on N. 45th Street. The black vehicle is also observed traveling northbound on N. 45th Street while the subject is firing gunshots. At 12:46 a.m., P.C. is observed running back to the front of his residence when another three to four gunshots can be heard again. While on scene, three 9mm brass casings were recovered by officers and inventoried. The Honda Civic matched the description of a 2019 blue Honda Civic, bearing WI plate AKF-5212, VIN 19XFC2F8XKE009700, stolen earlier in the night, at approximately 11:17 p.m., near 7600 W. Glendale Avenue in Milwaukee. This vehicle was also observed via a FLOCK camera at 11:55 p.m. traveling southbound on N. 27th Street at the intersection of W. Atkinson Avenue and N.27th Street.

12. On May 11, 2024, the Milwaukee Police Department was contacted by a victim, D.S., who stated that on May 11, 2024, at approximately 5:30 PM, she was parked in front of her mother's address located at 4370 N. 73rd Street in Milwaukee getting ready to go on vacation with her kids. D.S. stated that her vehicle was a 2016 black, Mercedes CLA-250, bearing WI registration tags AJE-5828, with a tow sticker on the rear of the vehicle, as well as two bullet holes on the rear passenger side. D.S. stated that she was taking the booster seat inside of her mother's house, and when she returned back outside several minutes later, her vehicle was gone. D.S. stated that she had clothing and valuables inside of the vehicle.

13. On May 11, 2024, at 11:08 PM, a black, male, approximately 6'1", with a slim build, wearing a black sweater with the hood up, a black mask, black pants, approached the Parrilla Mixe taco truck, located at 1100 W. Becher Street in Milwaukee (**Location #4**). The victim, E.R., was working the register and taking orders. E.R. stated that there was a second black male suspect, approximately 5'8", slim build, wearing a black sweater, no mask, black pants, standing nearby, waiting for the suspect who was ordering. E.R. stated that after he took the order, he turned around to begin to cook, and he heard the sliding window open. E.R. stated that the suspect that ordered the food, hopped up and climbed halfway into the window, opened the cash register and began to steal the money inside the register. E.R. estimated that the suspect stole approximately $50 USD. E.R. stated that he and the other cooks tried to scare off the suspect. E.R. stated that the second suspect ran over and began to pull the first suspect from the window. E.R. stated that both suspects fled eastbound and then northbound into the alley. The victims then contacted police.

14. Video surveillance was also recovered from this incident. Video showed that the suspect who approached the truck window (Unknown Actor 3) was a taller, black male, with a black balaclava face mask on, a tan baseball style hat, a black hooded sweatshirt with the word "Senior" in big block lettering, and in smaller lettering below "SENIOR" is "CLASS OF 2024". The suspect had on a cross body bag/satchel, that appeared to be possibly a Coach brand bag, dark/black skinny jeans/pants, and light-colored shoes. The second suspect (Unknown Actor 4), standing slightly back, was a black male, wearing a black hooded sweatshirt, gray or darker skinny style jeans, and white and blue or purple shoes (possibly Nike). The suspects had the same physical build and height as the suspects from the May 10, 2024 incident that occurred at 1620 S. 10th Street as well as similar clothing.

7

15.     On May 12, 2024, at 12:20 AM, the Milwaukee Police Department responded to a street robbery located 1316 W. Hayes Avenue in Milwaukee. The victim, D.M., stated that he left the Citgo gas station, at 1225 W. Lincoln Avenue (**Location #5**), after buying snacks for his children on his way back from work. D.M. stated that he walked westbound on W. Hayes Street from S. 13th Street. D.M. stated that while walking on the sidewalk in front of the address 1316 W. Hayes Street (**Location #6**), he heard footsteps approaching from behind. D.M. stated that he was then confronted by three suspects. Suspect 1 was a black male, approximately 5'10"-5'11", 160 pounds, wearing all dark clothing, a black face mask, armed with a black handgun. Suspect 2 was a black male, approximately 5'10", 160 pounds, wearing a black hooded sweatshirt, blue jeans, and a black face mask, armed with a black handgun. Suspect 3 was described as a black male, approximately 5'10", 160 pounds, approximately 20 years old, wearing a black hooded sweatshirt, blue jeans, and a black face mask, armed with a black handgun. D.M. stated that all three suspects brandished firearms and instructed him to lie face down on the ground. The individuals proceeded to take his wallet from his back pocket, stealing $20 in cash. They then fled in a black sedan, possibly a Nissan or Kia, without a license plate. D.M. stated that he had seen the same three individuals at the gas station prior to beginning to walk home. D.M. stated that there were two additional subjects that remained inside the vehicle but D.M. was unable to provide a description. Surveillance video was recovered from the gas station.

16.     A review of the surveillance video depicted the 2016 black Merced Benz CLA (reported stolen and reference in paragraph 11) arrive at the Citgo Gas Station at 11:54 p.m. A black male subject (Unknown Actor 3) wearing a black balaclava style face mask, a black hooded sweatshirt with "SENIOR CLASS OF 2024" on the front, black pants, a tan cross body bag/satchel with black straps (possibly Coach brand), and white shoes with gold or tan trim. This individual

appeared to be the same individual as one of the suspects from the incident that occurred at 1620 S. 13th Street on May 10, 2024, and from the 110 W. Becher Street incident that occurred on May 12, 2024. Investigators also observed a second black, male (Unknown Actor 4), wearing a black hooded sweatshirt with a white logo over the left breast, gray jeans with rips down the front, and white Nike style shoes with blue or purple trim exit the vehicle and enter the gas station.

17.    On 05/12/2024, at approximately 12:38 a.m., an armed robbery occurred at the La Flamita Taco Truck located at 1920 W. National Avenue in Milwaukee (**Location #7**). MPD squads responded and spoke to the victims, R.J. and M.J. R.J. stated that two suspects, who had bought food earlier, had returned and robbed them at gunpoint. R.J. stated that one of the subjects brandished two firearms and proceeded to hit the glass window with both handguns. R.J. stated that the other subject then reached inside of the taco truck and attempted to grab the cash drawer. R.J. stated that he handed the drawer to the subject, and they fled westbound on National Avenue towards S. 20th Street. R.J. stated that the suspects obtained approximately $2000 USD in various denominations. R.J. immediately contacted police and police were able to obtain video surveillance footage of the incident.

18.    A review of the surveillance video identified the subject with the two firearms (believed to be ERIC FORD) as a black male, approximately 17-19 years old, a dark complexion, wearing a black facemask, a black long-sleeved shirt, gray jeans, Yeezy 450 black shoes with red on the sides, armed with two handguns. One of the handguns was black with silver on the ejection port, and the other was all black. The second suspect (believed to be DAMIER JACKSON) was a black male, approximately 17-19 years old, a light complexion, thin mustache, short dreads sticking out the front of the mask, a large gap between his two front teeth, a black mask, a black hooded sweatshirt with the word "Respect the Hustle a million dollar motive" written partially in

cursive on the front of the sweatshirt, blue ripped jeans, and black and gray Yeezy 350 V2 style shoes. This was a similar sweatshirt to the sweatshirt one of the subjects wore during the incident which occurred on May 10, 2024 at 1620 S. 10th Street.

19.     On May 12, 2024, at 7:15 p.m., MPD officers were dispatched to a suspicious vehicle complaint located at 1962 N. Prospect Avenue (**Location #8**) in Milwaukee. When officers arrived, they located the black 2016 Mercedes CLA bearing Wisconsin registration tags AJE-5828, parked in the parking lot, not in a parking spot, and still running. The complaint caller, hereinafter C.J., stated that he had observed three black, male subjects, in their late teens and one black female, exit the vehicle, and head south, jumping onto a vehicle and then head over a wall to the apartment complex to the south. C.J. also stated that the subject that exited the driver's seat of the vehicle had shoulder length dreadlock style black hair. Video surveillance was recovered from the area and investigators were able to observe that on May 12, 2024, at 6:15 p.m., the stolen black Mercedes is observed pulling into the parking lot at a high rate of speed and parks in the middle eastern most part of the lot. Before the vehicle comes to complete stop, the rear passenger side door opens. three black male subjects and a black female subject exit the vehicle and flee the area. The vehicle was towed and processed by MPD. Latent prints were recovered, along with a cellular telephone that did not belong to the victim. Latent prints pulled from the vehicle identified ERIC V. FORD, dob: 12/13/2005, recovered from the exterior driver's side front door handle, and JANIYA M. JOHNSON, B/F, dob: 02/06/2007, recovered from the rear passenger door.

20.     Following a media release on May 14, 2024, depicting photos of the two suspects involved in the armed robbery of the La Flamita taco truck located at 1920 W National Ave., on Sunday May 12th, 2024, MPD Detectives were contacted by Juvenile Department of Corrections Probation and Parole Agent K.C. who had observed the images of the robbery from the media

release. K.C. was able to identify Suspect #2, the individual wearing the black "Respect" sweatshirt as DAMIER JACKSON, dob: 12/07/2005. K.C. stated that he supervised JACKSON, and that JACKSON has been AWOL. K.C. also advised MPD that fellow DOC Agent M.G. advised him that she viewed images of the suspects and stated that Suspect #1 appeared to be ERIC V. FORD, B/M, dob: 12/13/05. M.G. was the supervising agent for FORD and stated that FORD was currently AWOL as well. A wanted check confirmed that both JACKSON and FORD were wanted by the Wisconsin Department of Community Corrections. On May 15, 2024, MPD Detective and MAVCTF Task Force Officer Brendan Dolan met with K.C. and M.G.. K.C. positively identified a still frame photo of suspect 2 as JACKSON. Detective Dolan also met with M.G. and showed her still frame photos of the suspects and she positively identified suspect 1 as FORD. M.G. stated that she had contact with FORD on multiple occasions out in the community and every time she met him, FORD has had that balaclava style mask. M.G. stated that she recognized FORD by his eyes and facial expressions.

21.     On May 14, 2024, at approximately 10:06 a.m., MPD officers responded to a shooting in the area of N. 25th Street and W. Capital Drive in Milwaukee. The victim, hereinafter P.C., was rushed to the hospital with life threatening injuries. P.C. had been shot multiple times in the chest, leg, and arms. Upon arrival, Officers spoke with a witness, hereinafter D.R., D.R. stated that he was visiting P.C. at 2478 W. Capital Drive (**Location #9**) in Milwaukee. D.R. stated that while they were inside the business, both P.C. and D.R. observed a black, male, early 20s, 5'2" to 5'3", skinny build, with a dark complexion, a low haircut, wearing a black hooded sweatshirt, and blue jeans, walk around P.C.'s 2024 Dodge Ram TRX pickup truck across the street at 2487 W. Capital Drive, and grab the door handle. D.R. stated that the lights on the truck flashed and the suspect got into P.C.'s truck. D.R. stated that both P.C. and D.R. ran across the street to the suspect,

11

Case 2:24-mj-00865-NJ     Filed 06/14/24     Page 18 of 35     Document 1

and P.C. yelled "Hey! That's my shit!" The suspect yelled "Hey! You got me!" and put his hands up. D.R. stated that he believed that P.C. had his gun out while approaching the suspect. The suspect ran towards the passenger side of the suspect vehicle, which was a white Audi Q5, parked behind the truck facing south on N. 25th Street. The driver of the white Audi, who D.R. did not see, began to immediately discharge a gun at P.C. D.R. stated that he thought he heard approximately four or five shots fired. D.R. stated that P.C. was shot several times and dropped his firearm. The suspect that had tried to steal P.C.'s vehicle, emerged from the passenger side of the vehicle, approached P.C. and stole his firearm. D.R. stated that the suspect again reentered the white Audi, and the suspect vehicle fled southbound on N. 25th.

22.    Officers spoke with P.C.'s wife at Froedtert Hospital, who stated that her husband owned a Sig Sauer 9mm handgun.

23.    Surveillance video was obtained of the incident which corroborated the accounts of the events told by D.R., however, a review of the video showed that the suspect that approached the victim vehicle was the individual that shot at P.C. As the suspect backs away from the victim to the front of the suspect vehicle with his hands up at shoulder level. Once reaching the concealment of the front of his vehicle, he presents a firearm and shoots at the victim striking him multiple times in the chest, abdomen, and arms. The suspect approaches the victim and appears to remove some property or item(s) from near the victim, returns to the operator's side of the suspect vehicle and flees north on N. 25th Street. Also, through surveillance video, investigators were able to identify the suspect vehicle as a 2017 Audi Q5 SUV, bearing WI plate AXL2355, which was previously reported stolen on May 13, 2024.

24.    On May 14, 2024, at approximately 10:30 a.m., the white Audi Q5 was located in the rear of 8121 W. Bender Avenue in Milwaukee. The vehicle was backed into a spot and the

vehicle was unoccupied. While conducting surveillance, MPD Officer Rummel observed a younger black male, wearing a gray hooded sweatshirt with the hood up, exit the property of 8111 W Bender Avenue (**Location #10**), jump over the wooden fence directly to the east of the vehicle, and enter the driver's seat of the Audi. The Audi then began driving out of the lot onto W. Bender Avenue. MPD Officers Pope and Sharpe attempted to make a traffic stop of the vehicle, based on the vehicle's association to the shooting. An attempted traffic stop of the vehicle was conducted, however, the driver of the vehicle fled from police and a pursuit ensued. Officers lost visual of the vehicle for a short time and the vehicle was recovered abandoned in the rear parking lot of 7939 W. Bender Avenue. An anonymous witness stated that one of the occupants of the vehicle fled over the fence at the above listed location going westbound through the yards behind W. Bender Avenue and a second individual entered the passenger side of an unknown vehicle before leaving the scene going eastbound on W. Bender Avenue. A single, fired casing was observed within the front, driver's side seat of the vehicle. This casing matched the casings recovered from the shooting that occurred on May 10, 2024, near 4450 N. 45th Street, Milwaukee, Wisconsin. The vehicle was left running and unlocked. A key fob for this vehicle was located in the map pocket of the vehicle. The vehicle was towed and processed for DNA and fingerprints. The latent prints recovered came back to DAMIER D. JACKSON, B/M, dob: 12/07/2005, and ZANIYA S. MATTHEWS, B/F, dob: 02/18/2009.

25. On May 17, 2024, I sent a preservation request to T-Mobile and Verizon requesting the preservation of Timing Advance "True Call" area search data for the following locations:

**Location #1**

GPS Coordinates: 43.02323, -87.93779     Radius: 0.35 Miles

Date: April 25, 2024     Time: 7:00 PM – 8:00 PM (CST)

13

**Location #2**

        GPS Coordinates: 43.00311, -87.94571     Radius:  0.35 Miles

Date: May 10, 2024                   Time: 10:50 PM – 11:50 PM (CST)


**Location #4**

        GPS Coordinates: 43.01401, -87.92786     Radius:  0.35 Miles

        Date: May 11, 2024               Time: 10:38 PM – 11:38 PM (CST)


**Location #5**

        GPS Coordinates: 4300282, -87.92814     Radius:  0.35 Miles

        Date: May 11, 2024 – May 12, 2024     Time: 11:20 PM – 12:20 AM (CST)


**Location #6**

        GPS Coordinates: 43.00660, -87.92575     Radius:  0.35 Miles

        Date: May 11, 2024 – May 12, 2024     Time: 11:50 PM – 12:50 AM (CST)


**Location #7**

        GPS Coordinates: 43.00162, -87.92902     Radius:  0.35 Miles

        Date: May 12, 2024               Time: 12:08 AM – 1:08 AM (CST)


**Location #8**

        GPS Coordinates: 43.05583, -87.88782     Radius:  0.35 Miles

        Date: May 12, 2024               Time: 5:45 PM – 6:45 PM (CST)

26. On May 21, 2024, at 1:10 p.m., victims M.S., and T.G., parked at the Citgo Gas Station, located on 4302 W. Capital Drive (**Location #11**) in Milwaukee, entered the gas station building, and while walking out of the gas station building back to their vehicle, they were approached by two black males. The first black male was 5'10, wearing a black Adidas track suit with white stripes, and wearing a ski mask. The second suspect a black, male, wearing all black with a multicolor hood (shark hood). Both suspects were each armed with a black firearm with an extended clip. Suspect 1 demanded the money from the male victim. Suspect 1 demanded the money from the male victim. Suspect 1 stated "give me all that shit", run those pockets, and if you move, I'm going to kill you." Suspect 1 went through the victim pockets and then he went inside of the car and grabbed some of the victim's property. Suspect 2 grabbed the victim's black leather MCM purse containing $1000 USD, credit cards, and an iPhone 14. Both suspects fled the area and entered a blue Honda Civic, four-door, that was parked in the alley north of the gas station. Video surveillance was obtained from the gas station depicting the two black male suspects that committed the robbery and two additional black, male suspects that accompanied them to the suspect vehicle. The Honda Civic had been reported stolen on May 10, 2024, from 7650 W. Appleton Avenue in Milwaukee.

27. Surveillance video was recovered from the Citgo Gas Station and reviewed by MPD Detectives. The blue Honda Civic is observed arriving at the Citgo Gas Station at 13:05:29 occupied four times. The victim's vehicle entered the camera view at 13:05:49, traveling westbound through the Citgo parking lot, parking at the gas pump directly to the west of the suspect vehicle.

28. A black, male subject (later identified as DAMIER JACKSON, dob:12/7/2005), wearing black pants, light colored shoes, a black zip up Bape jacket with a multicolored hood, a

necklace with a cross, and what appeared to be designer glasses, hereinafter Suspect 1, was observed exiting the rear passenger door. At 13:05:52, Suspect 1 observes the victim vehicle pull up, and alerts Suspect 2 and Suspect 3 of the presence of the victim vehicle. This is observed by Suspect 1 going directly up to the front passenger side window and then motioning his index finger on his right hand that the victims have arrived. A black male, wearing black Adidas pants with white stripes on the side, blue athletic shoes with white soles, and a dark colored hooded sweatshirt with a design on the left chest area and the back, is observed exiting the rear driver's side, hereinafter, Suspect 4 (later identified as MIQUON D. RICHARDSON, XX/XX/2010). Suspect 2 (later identified as JAYLEN M. HART, dob: 09/15/2006), a black male, wearing black Adidas pants with a white stripe on the side, dark colored flip-flops, white socks, a gray long-sleeved shirt with a black short sleeved shirt over it, a black "pooh sheisty" mask, and a chain with some type of medallion attached to it, was observed exiting the front passenger seat. Suspect 3 (later identified as DAVION L. WILLIAMS, dob: 01/03/2006), a black, male, wearing gray colored Adidas pants with white stripes on the side, dark shoes with white soles, and a light blue hooded sweatshirt with a design on the front and back, a black cross-body bag going from his left shoulder to his right hip, exited the front driver's side. All four subjects as well as victims T.G. and M.S. enter the gas station.

29.     At 13:07:29, Suspect 3 reenters the camera view and goes to the driver's side of the Honda and begins to fill the vehicle with gas. The three other suspects exit the gas station, and all four enter the vehicle driving east in the Citgo parking lot. At 13:10:21, T.G. and M.S. reenter the camera view as they are walking back to their vehicle. At 13:10:33, Suspect 2 entered the view running towards the victims, with a firearm pointed at them with his right hand. Suspect 1 is right behind Suspect 2 and pursues M.S. as he is backing up. Suspect 2 goes through the pockets of M.S.

and takes his property. T.G. enters the front passenger seat of the vehicle and closes the door. Suspect 2 is then observed entering the front driver's door of the victim vehicle, points his firearm at T.G., and takes her property. The suspects reenter the Honda Civic and the vehicle flees westbound in the alley.

30.     On May 21, 2024, at approximately 5:04 p.m., FBI Task Force Officer and District Attorney Investigator Steven Strasser was in the area of N.81st Street and W. Bender Avenue in Milwaukee due to intelligence that developed that FORD resided with his mother at 8111 W Bender Apt # 1. TFO Strasser observed the blue Honda Civic with no plates, which matched the description of the armed robbery vehicle that had occurred earlier in the day. Five black male subjects were observed exiting the residence, with several of them matching the description of the suspects in the recent robbery at 4302 W. Capitol Drive. The subjects were loitering around the vehicle. TFO Strasser then observed four of the five enter the blue Honda Civic. The fifth black male reentered the residence. TFO Strasser continued to broadcast the location of the vehicle after the vehicle departed from the location. MPD squads responded and attempted to traffic stop the vehicle. Near the 7400 block of W. Hampton Avenue. The driver, who was later identified as DAVION WILLIAMS, immediately attempted to elude police by fleeing. The pursuit was approximately 4.5 miles with speeds reaching approximately 76 mph. At approximately 4238 and 4228 W. Roosevelt Drive, all four suspects that were inside the vehicle fled on foot from police.

31.     After a brief foot pursuit, all four suspects were taken into custody. WILLIAMS, along with JAYLAN M. HART, MIQUON D. RICHARDSON, and DAMIER D. JACKSON, were the individuals taken into custody. A search of the stolen vehicle identified a black SM 31 round magazine located in the rear driver's side of passenger floor, thirty-one (31) rounds of un-fired 9mm and 9x19 cartridges of various makes located in the above magazine, black Glock

17

magazine located in the center console, one (1) unfired 9mm cartridge located in the 10 round magazine, one (1) cell phone recovered from center console in a clear case, one (1) cell phone recovered from center console in a black case with red button on the side, one (1) iPhone phone recovered from under the driver's seat in a black case, one (1) black flip phone located under the front driver's seat with "cat" written on it, one (1) black Apple iPhone with no case was located on RICHARDSON, and a black Nike bag which contained a black Glock 17 with a green grip with SN: BVSH815, and 1.03 white chunky substance which tested positive for cocaine, 39.15 grams of a orange powder mixed with multicolor pill pieces which tested positive for meth and fentanyl.

32.    Following a search of JACKSON's person for officer safety, a Honda Civic key fob, which later worked in starting the Civic, was recovered. The blue Honda Civic was identified as a 2019 Honda Civic (WI/Auto AKF5215, VIN# 19XFC2F8XKE009700) which was a stolen auto taken on May 11, 2024.

33.    MPD officers and detectives as well as members of the FBI's Milwaukee Area Violent Crimes Task Force returned to 8111 W. Bender Street Apartment #1 with a Wisconsin State authorized search warrant due to FORD's association to the address and the observations of Task Force Officers prior to the pursuit. During the search of the residence, investigators located a loaded black Sig-Sauer P365, semi-automatic 9mm pistol, SN: 66B263245, a black, loaded Taurus G3 9x19mm semi-automatic pistol, SN: AEJ699118, a black, loaded, Hi-Point, .40 caliber, Smith & Wesson semi-automatic pistol, SN: 7242590, a black airsoft replica pistol with no serial number and "C11" marking, (11) eleven rounds of 9mm Lugar recovered from the Sig-Sauer P365, (18) eighteen rounds of 9x19 recovered from Taurus G3, (6) six rounds of .40 Smith and Wesson, recovered from Magazine of Hi-Point .40 Smith and Wesson, (21) twenty-one unfired cartridges of 9mm rounds, (1) one unfired cartridge of .223, (48) forty-eight rounds of 12 gauge shells black

18

with 2x70 MM stamped, (23) twenty-three rounds of 12 gauge shells red with Federal stamped, (12) twelve cartridges of 9mm, (24) twenty-four cartridges of Super .380, (3) three cartridges of .22, (1) one black Glock Empty gun case, and (1) one blue Washington Heights Tote. Along with the firearms, the following items were also recovered: Gray and tan Yeezy slides, a black size small hooded sweatshirt with the writing "Respect The Hustle", blue and white Nike Air Jordan Lo Top shoes, a "Sprayground" brand black and tan checkered back pack with teeth design, a Nissan key fob, a black key fob for a newer model Buick Encore, a red Apple iPhone with a black case , a black Apple iPhone with a clear case, a black Schok brand cell phone, and a white iPhone.

34.     The Sig Sauer, P365, SN: 66B263245, was a confirmed stolen firearm as reported in MPD Case 212890149 dated October 16, 2021. The firearm was test fired by a Forensic Technology Certified IBIS Technician, and it was determined that the casings recovered from the incident that occurred on May 10, 2024 near 4450 N. 45th Street, and on May 14, 20242478 W. Capital Drive, had been fired by the Sig Sauer firearm.

35.     The Taurus was a confirmed stolen firearm as reported in MPD Case Number C2404180132 dated April 19, 2024.

36.     Based on the investigation to date, DAMIER JACKSON is believed to be involved in at least the 1620 S. 13th Street armed robbery that occurred on May 10, 2024, and the 1920 W. National Avenue armed robbery that occurred on May 12, 2024, ERIC FORD is believed to be involved in at least the armed robbery that occurred on May 12, 2024 near 1920 W. National Avenue, and DAMIER JACKSON is believed to be involved in at least the armed robbery that occurred on May 21, 2024 near 4302 W. Capital Drive. The suspects in all the other incidents, are unidentified at this time.

37.    Based on my training and experience, individuals carry their cellular phones on their person or in a very close vicinity whether it is day or night. Further, most individuals have their own cellular phones, so it is likely the subject(s) cellular phone is using and/or registering with the cellular tower providing service in the general geographic area of the crime.

38.    In my training and experience, I have learned that T-Mobile/US Cellular/AT&T/Verizon are companies that provides cellular communications service to a significant percentage of the general public. In order to provide this service, many cellular service providers maintain antenna towers ("cell towers") that serve and provide cellular service to specific geographic areas. Each cell tower receives signals from wireless devices, such as cellular phones, in its general vicinity. By communicating with a cell tower, a wireless device can transmit and receive communications, such as phone calls, text messages, and other data.  When sending or receiving communications, a cellular device does not always utilize the cell tower that is closest to it. Additionally, cellular service providers such as T-Mobile also capture historical location data that is generated and derived from a cellular device's interaction with the cellular network. This information may include but not be limited to a cellular device's estimated distance from a particular cell tower and T-Mobile/US Cellular/AT&T/Verizon's network derived location of the device in latitude and longitude.

39.    Based on my training and experience, I also know that each cellular device is identified by one or more unique identifiers. For example, with respect to a cellular phone, the phone will be assigned both a unique telephone number but also one or more other identifiers such as an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile

20

Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI"). The types of identifiers assigned to a given cellular device are dependent on the device and the cellular network on which it operates.

40.     Based on my training and experience, I know that cellular providers, such as T-Mobile/US Cellular/AT&T/Verizon, routinely and in their regular course of business maintain historical cell-tower log information, including records identifying wireless communications that were transmitted through a particular cell tower. For each communication, these records may include the telephone call number and unique identifiers for the wireless device that sent or received the communication ("the locally served wireless device"); the source and destination telephone numbers associated with the communication (including the number of the telephone that called or was called by the locally served wireless device); the date, time, and duration of the communication; the cell tower(s) that handled the communication as well as the "sectors" (i.e. the faces of the towers) that received a radio signal from the locally served wireless device; and the type of communication transmitted (such as phone call or text message).

41.     Furthermore, cellular providers such as T-Mobile/US Cellular/AT&T/Verizon in their regular course of business maintain certain types of location data associated with a cellular device based on that cellular device's interaction with the cellular network. For these interactions with the cellular network these records may include unique identifiers for the wireless device that interacted with the network ("the locally served wireless device'); the date, time and duration of the interaction with the network; the cell tower and sector (i.e. face of the tower) that was involved; the estimated distance from the tower and sector that the cellular device was located; and the estimated latitude and longitude of the cellular device. The aforementioned location information

is often contained within Timing Advance data, also known as True Call, that is captured and controlled by T-Mobile/US Cellular/AT&T/Verizon.

42.    Based on my training and experience and the above facts, information obtained from cellular service providers, such as T-Mobile/US Cellular/AT&T/Verizon, reveal cell towers (and, where applicable, sectors) that were used and the estimated location information (the estimated distance from the tower and sector and estimated latitude and longitude) of a given cellular device engaged in a particular communication or interaction with the cellular network can be used to show that the device was in the general vicinity of the cell tower or an estimated location at the time the communication or network interaction occurred. Thus, the records described in Attachment A will identify the cellular devices that were in the vicinity of:

a.    Location #1: 2507 W. Lincoln Avenue, Milwaukee, Wisconsin, on April 25, 2024 from approximately 7:00 pm – 8:00 pm (CST);

b.    Location #2: 1620 S. 13th Street, Milwaukee, Wisconsin, on May 10, 2024, from approximately 10:50 pm – 11:50 pm (CST);

c.    Location #3: 4450 N. 45th Street, Milwaukee, Wisconsin, on May 10, 2024, from approximately 11:15 pm – May 11, 2024, at 12:15 am (CST).

d.    Location #4: 1100 W. Becher Street, Milwaukee, Wisconsin, on May 11, 2024, from approximately 10:38 pm – 11:38 pm (CST);

e.    Location #5: 1225 W. Lincoln Avenue, Milwaukee, Wisconsin, on May 11, 2024, from 11:20 pm – May 12, 2024, at 12:20 am (CST);

f.    Location #6: 1316 W. Hayes Avenue, Milwaukee, Wisconsin, on May 11. 2024, from 11:50 pm – May 12, 2024, at 12:50 am (CST);

g.    Location 7: 1920 W. National Avenue, Milwaukee, Wisconsin, on May 12, 2024, from 12:08 am – 1:08 am (CST);

h.    Location #8: 1962 N. Prospect Avenue, Milwaukee, Wisconsin, on May 12, 2024, from 5:45 pm – 6:45 pm (CST);

i.    Location #9: 2478 W. Capital Drive, Milwaukee, Wisconsin, on May 14, 2024, from 10:06 am – 11:06 am (CST);

22

j.  Location #10: 8111 W. Bender Avenue, Milwaukee, Wisconsin, on May 14, 2024, from 10:00 am – 11:00 am (CST);

k.  Location #11: 4302 W. Capital Drive, Milwaukee, Wisconsin, on May 21, 2024, from 12:40 pm – 1:40 pm (CST);

43.     Your affiant believes it is likely that the same several subjects are involved in the above incidents given the similarities between the events and the timeframe/locations of the incidents and therefore were present at a large number or all of the above listed dates and locations. Obtaining the requested evidence of which cell phones were present at each or most of the above-mentioned crime scenes will be valuable in this investigation. Although we believe we have identified two of the individuals arrested, JACKSON and FORD, I am aware that additional co-conspirators were involved in most, if not all, of the incidents that occurred and are listed above.

44.     Therefore, probable cause exists to believe that the records requested contain evidence related to identifying the telephone number(s) associated to these incidents, involved in the Hobbs Act Robberies that occurred between April 25, 2024, and May 21, 2024, in violation of Title 18 U.S.C. § 1951(a) Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing a Firearm during a Crime of Violence.

## AUTHORIZATION REQUEST

45.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to title 18 U.S.C. §2703(c) and Federal Rule of Criminal Procedure 41.

46.     I further request that the Court direct T-Mobile/US Cellular/AT&T/Verizon to disclose to the government any information described in Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile/US Cellular/AT&T/Verizon,

23

who will then compile the requested records at a time convenient to it, reasonable cause to permit the execution of the requested warrant at any time in the day or night.

47. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to a Timing Advance "True Call" area search for all records and unique device/user identifiers pertaining to Timing Advance location information during the following listed dates, times and geographical boundaries (*distance from the GPS points*):

**<u>Location #1</u>**

GPS Coordinates: 43.02323, -87.93779    Radius: 0.35 Miles

Date: April 25, 2024                            Time: 7:00 PM – 8:00 PM (CST)

**<u>Location #2</u>**

GPS Coordinates: 43.00311, -87.94571    Radius: 0.35 Miles

Date: May 10, 2024                             Time: 10:50 PM – 11:50 PM (CST)

**<u>Location #3</u>**

GPS Coordinates: 43.09851, -87.96914    Radius: 0.35 Miles

Date: May 10, 2024 – May 11, 2024       Time: 11:15 PM – 12:15 AM (CST)

**<u>Location #4</u>**

GPS Coordinates: 43.01401, -87.92786    Radius: 0.35 Miles

Date: May 11, 2024                             Time: 10:38 PM – 11:38 PM (CST)

**<u>Location #5</u>**

GPS Coordinates: 4300282, -87.92814     Radius: 0.35 Miles

Date: May 11, 2024 – May 12, 2024       Time: 11:20 PM – 12:20 AM (CST)

25

**Location #6**

      GPS Coordinates: 43.00660, -87.92575      Radius:  0.35 Miles

      Date: May 11, 2024 – May 12, 2024      Time: 11:50 PM – 12:50 AM (CST)


**Location #7**

      GPS Coordinates: 43.00162, -87.92902      Radius:  0.35 Miles

      Date: May 12, 2024      Time: 12:08 AM – 1:08 AM (CST)


**Location #8**

      GPS Coordinates: 43.05583, -87.88782      Radius:  0.35 Miles

      Date: May 12, 2024      Time: 5:45 PM – 6:45 PM (CST)


**Location #9**

      GPS Coordinates: 43.09030, -87.94453      Radius:  0.35 Miles

      Date: May 12, 2024      Time: 9:36 AM – 10:36 AM (CST)


**Location #10**

      GPS Coordinates: 43.13232, -87.01217      Radius:  0.35 Miles

      Date: May 14, 2024      Time: 10:00 AM – 11:00 AM (CST)


**Location #11**

      GPS Coordinates: 43.09032, -87.96755      Radius:  0.35 Miles

      Date: May 21, 2024      Time: 12:40 PM – 1:40 PM (CST)

<u>**ATTACHMENT B**</u>

**Items and Information to be seized and searched**

All information that constitutes evidence of violations of 18 U.S.C. §§ 1951(a) and 924(c) committed on\between April 25, 2024, and May 21, 2024, involving multiple unknown individuals, including location information and identifying information as specified below.

1. T-Mobile/US Cellular/AT&T/Verizon shall provide responsive data for each search area described in Attachment A, and are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made and all cellular device interactions with the network that have generated location information that falls within the defined search area during the corresponding timeframe(s) listed in Attachment A, including records that identify:

   a. The unique identifiers for each wireless device that generated a Timing Advance "true call" record within the search area for each location, including International Mobile Subscriber Identifiers ("IMSI", International Mobile Equipment ("IMEI"), and the make and model of the device;

   b. The starting and ending date/time of the connection along with the duration;

   c. For each communication with the network, the tower and the sector(s) (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device for both starting and ending points of the communication;

   d. The service type for the communication; and;

   e. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of the communication contained within the Timing Advance "True Call" records.

2. These records should include records about communications and cellular device interactions with the network that were initiated before or terminated after the

27

timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

3. It is anticipated that identifying information will be requested for devices whose characteristics meet any of the following criteria:

   a. Devices whose cellular network records; including distance from the tower and/or network derived latitude and longitude; are consistent with the facts of the investigation and would not solely reflect a device passing through.

4. However, it is noted that no subscriber information outside the initial search criteria is authorized by this warrant and additional legal process will be submitted.